

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00244-CV

**RUSSELL CALDWELL D/B/A
RW CALDWELL CONSTRUCTION,**

**Appellant**

 **v.**

**JACKIE WRIGHT,**

**Appellee**

**From the 40th District Court
Ellis County, Texas
Trial Court No. 85781**

## O R D E R

Plaintiff's Exhibits 77, 81, and 82, and Defendant's Exhibit 119 were not included in the reporter's record in this appeal. A notation in the exhibit volume of the reporter's record indicates the exhibits were large and unable to be scanned.

Original exhibits are kept by the trial court clerk but upon the reporter's request, are given to the reporter for use in preparing the reporter's record. *See* TEX. R. APP. P.

34.6(g)(1).  After copying the exhibits for inclusion in the reporter's record, the reporter must return the exhibits to the trial court clerk.  *Id.*  If a person other than the trial court clerk possesses an original exhibit, we may order that person to deliver the exhibit to the trial court clerk.  Further, on the motion of any party or on our own initiative, we may direct the trial court clerk to deliver to this Court any original exhibit.  *Id.* (g)(2).

Because the trial court clerk retains possession of the original exhibits after the reporter has copied the exhibits to be used in the reporter's record, *see* Tex. R. App. P. 34.6(g)(1), the trial court clerk should currently be in possession of all the original exhibits.  Accordingly, the trial court clerk is ordered to send the original of Plaintiff's Exhibits 77, 81, and 82 and Defendant's Exhibit 119 to this Court within 14 days from the date of this order.  *See id.* (g)(2).

PER CURIAM

Before Chief Justice Gray, and
    Justice Davis
Order issued and filed May 5, 2016

